151 So. 924

**Rob KNIGHT v. STATE.**
5 Div. 922.

Court of Appeals of Alabama.
Nov. 28, 1933.

BRICKEN, Presiding Judge.
Affirmed.

162 So. 923
**Starling KNIGHT v. CITY OF HUNTSVILLE.**
8 Div. 131.

Court of Appeals of Alabama.
June 11, 1935.

BRICKEN, Presiding Judge.
Affirmed.

157 So. 920
**Fred KOLB v. STATE.**
4 Div. 116.

Court of Appeals of Alabama.
Nov. 13, 1934.

BRICKEN, Presiding Judge.
Affirmed.

159 So. 918
**Reese KURR, alias Kerr, v. STATE.**
8 Div. 10.

Court of Appeals of Alabama.
Feb. 26, 1935.

PER CURIAM.
Affirmed.

162 So. 924
**Bennie LACKEY v. CITY OF HUNTSVILLE.**
8 Div. 132.

Court of Appeals of Alabama.
June 11, 1935.

SAMFORD, Judge.
Affirmed.

159 So. 918
**Grace LACKEY v. STATE.**
8 Div. 983.

Court of Appeals of Alabama.
Feb. 19, 1935.

BRICKEN, Presiding Judge.
Affirmed.

159 So. 918
**Robert LACKEY v. STATE.**
8 Div. 45.

Court of Appeals of Alabama.
Feb. 12, 1935.

BRICKEN, Presiding Judge.
Affirmed.

159 So. 918
**Julia LANDERS v. CITY OF HUNTSVILLE.**
8 Div. 57.

Court of Appeals of Alabama.
Feb. 19, 1935.

BRICKEN, Presiding Judge.
Affirmed.